**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TAX ANALYSTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1050 (EGS) |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated by the Court in its Memorandum Opinion docketed this same day, it is this 26th day of September, 2005, hereby

**ORDERED** that the defendant's Motion for Summary Judgment is **GRANTED**, plaintiff's Cross-Motion for Summary Judgment is **DENIED** and plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED and ADJUDGED** that the Clerk shall enter final judgment in favor of defendant and shall remove this case from the active calendar of the Court.

**Signed:   Emmet G. Sullivan
           United States District Judge
           September 26, 2005**

1